UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN J. DRISCOLL, JR., *et al.*<br><br>Plaintiff,<br><br>v.<br><br>KASHYAP P. PATEL, *et al.*<br><br>Defendants. | Civil Action No.: 1:25-cv-3109-JMC |

## NOTICE OF SERVICE

NOW COMES Plaintiffs, by and through their undersigned counsel, to respectfully inform the Court that for the purposes of Civil Action No. 1:25-cv-3109-JMC, the United States Attorney's Office for the District of Columbia acknowledged service was effected on September 11, 2025. *See* Exhibit 1.

Date: October 2, 2025

Respectfully submitted,

*/s/ Margaret M. Donovan*
Margaret M. Donovan (D.C. Bar # CT0026)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com