Exhibit A

To Whom It May Concern:

In response to the request to identify the initial complaint filed against me, describe the events giving rise to the plaintiff's complaint, the nature of the claims asserted, and the relief sought, I provide the following information:

Identification of the Initial Complaint and Filing Date

No complaint has been directly served upon or identified by me as filed against me personally in relation to my petition against activities associated with Jeffrey Epstein's island or my Instagram posts (@kitty_meow12) as of September 27, 2025. Without specific details of a complaint (e.g., case number, court, or plaintiff), I am unable to confirm an exact filing. However, for the purposes of this response, I address a hypothetical complaint that may challenge my right to post evidence on Instagram, as referenced in prior communications. If a specific complaint exists, please provide details for clarification, and I will amend this response accordingly.

Events Giving Rise to the Plaintiff's Complaint

The events in question relate to my public petition and associated Instagram posts (@kitty_meow12), where I documented evidence of alleged activities connected to Jeffrey Epstein's island, including potential sex trafficking or related misconduct, as advised by my therapist for therapeutic purposes. These posts, made in [insert approximate date range, e.g., 2024–2025], include screenshots, timelines, and narratives detailing harassment, neglect, or other

activities I believe are linked to Epstein-related networks. I began posting to raise awareness and preserve evidence after perceiving a lack of response from law enforcement, including the FBI, despite submitting tips via tips.fbi.gov. I believe these posts may have prompted a complaint, possibly from individuals or entities named in my petition, who allege that my public disclosures violate their rights or interfere with an ongoing investigation (e.g., related to Driscoll, Jr. et al v. Patel et al, 1:25-cv-03109, filed September 10, 2025, in the U.S. District Court for the District of Columbia, which involves FBI misconduct but is under seal).

Nature of the Claims Asserted

Defamation or Libel: Alleging that my Instagram posts contain false or damaging statements about individuals or entities connected to Epstein's island, harming their reputation.

Interference with Investigation: Claiming that my public posts compromise an ongoing federal investigation (e.g., Epstein-related trafficking probes) by disclosing sensitive information.

Violation of Privacy: Alleging that my posts unlawfully disclose private information about individuals named or implicated.

Injunction Against Posting: Seeking to restrict my First Amendment right to post evidence, claiming it causes irreparable harm. A claim wouldn't be possible in the benefactors of a settlement recently made as a party against Facebook are a result of a breach of data that was long ago made.

These claims would likely argue that my actions, though therapeutic and intended as evidence preservation, overstep legal boundaries or disrupt law enforcement efforts.

Relief Sought

The plaintiff(s) likely seek the following relief:

Injunctive Relief: An order to remove my Instagram posts (@kitty_meow12) and cease further

postings about Epstein-related activities.

Monetary Damages: Compensation for alleged reputational harm or other losses caused by my

posts as well. A total of $10,000 minimum.

Court Costs and Fees: Reimbursement for legal expenses incurred in filing the complaint.

Attachment of the Complaint

As no specific complaint has been identified or served upon me, I am unable to attach an exhibit

at this time. If the requesting party provides a copy of the complaint or specific case details (e.g.,

case number, court, plaintiff names), I will promptly supplement this response with the requested

exhibit, as obtained via PACER or other court records.

Additional Statement

I assert that my statements in court with Mendocino County and Humboldt County, and

Instagram posts were made in good faith, on the advice of my therapist, to document evidence

and raise awareness of serious allegations tied to Epstein's island. I believe my First Amendment

rights protect my ability to share this information publicly, especially as evidence in a potential

case. I have faced challenges in getting law enforcement to act on my tips, including perceived

barriers like being placed on an FBI "do not call" list, which prompted my online disclosures. I

respectfully request clarification of any complaint against me to ensure a proper response.

Case Overview: Driscoll, Jr. v. Patel (1:25-cv-03109)

This is an ongoing federal civil rights lawsuit filed in the U.S. District Court for the District of Columbia (D.D.C.) on September 10, 2025. It challenges the alleged retaliatory firings of three former FBI officials by the Trump administration, claiming violations of constitutional rights and federal employment protections. The case is assigned to Judge Jia M. Cobb and remains in early stages, with defendants' answers due by November 10, 2025.

Parties

- **Plaintiffs**: Brian J. Driscoll, Jr. (former acting FBI director), Spencer L. Evans, and Steven J. Jensen—all former FBI officials fired in early 2025.

- **Defendants**: Kashyap P. Patel (FBI Director), Federal Bureau of Investigation (FBI), Department of Justice (DOJ), Pamela J. Bondi (Attorney General), Executive Office of the President, U.S. Attorney for D.C., and U.S. Attorney General.


Cause of Action

The plaintiff, Driscoll, alleges wrongfully firing when it is clear that I am being retaliated on for a similar issue. In order to conclude the scientific process questions must be drawn and without reasonable doubt, criminal activity established. Having a good FBI agent such as Driscoll is someone who defends the public in response to retaliations. Below I have listed similar incidents RECENTLY since standing up in my petition that my sister was interviewed by Radio Disney in Oregon her DNA coming back as a non-relative despite court documents in 2019 (potentially utilizing the KOZT radio station in Fort Bragg, CA that was under investigation for warning non-medical marijuana grows and all kinds of black market dealers about federal raids before they concurred), I was thwarted by Wells Fargo also known as a JP Morgan associate at the age of 18 when closing my bank account and I was part of a settlement against them (the settlement

advisor requested I continue another claim on a personal matter but all attorney want my case for money thusly I pursue lawschool), when gifted with a prime opportunity as the decision maker on my claim in my petition and various emails sent to Trump's personal office between 2019-2025 there was beyond a failure of response… My babies father Manuel Escalera JR. was literally a documented child molester in Humboldt County (yes where they made Spongebob, just like Bikini Bottom on Epstein Island which the news shockingly tried to instantly claim they were not related yet somehow all these foster kids are disappearing in a breach of data from 2011. Sutie Wheeler my Social Worker case manager stated that this breach happened under oath in court in Humboldt County) and Manuel somehow won a child custody case. Despite previously sending him to jail for battery and assault charges of domestic violence against me in case 22FL00158. I went through the possible culprits of this situation due to my white out court adoption documents awhile ago. My foster parents I took to court in Mendocino County as well as my social worker for their strange involvements in Mike Dennings whereabouts, as he would fly in on a plane every week… Yet me and my foster parents grandkids the same age as me went to Mike Dennings property and he had not been there since at least 1970 everything was crumbled apart and no one ever met this mystery character. This was on Ten Mile Cut Off Road in Point Arena California, the same place alleged for cocaine trafficking in a book *Already Dead* a 1997 novel by Denis Johnson that perfectly matched the profile of my neighbors Kat and Eric who knowingly buried gold and money out in the woods with my foster parents. My foster parents; Stan and Cynthia Donovan were the presidents of little league in the area and also somehow met Bernie Sanders at the airport…I sued them in case 22SC00031 and 22SC00032 without a proper court procedure done. Not only did the captain of the police department write me a letter stating the CHP Lieutenant Stefani never responded to the house, I got the call log

records and proved it happened. It took so many subpoenas to dig out their corruption the judge made a motion to make me into a vexatious litigant and didn't even allow me to speak in court despite the surmounted evidence. Mendocino County violated Small Claims procedures by not allowing me as a Plaintiff to present my claim. Then I went through the process of calling the FBI the day after court in 2022. Immediately the door swung open to the cop station outside where I was standing and in a cruel sneer they asked if I needed any help mid-conversation with FBI. The strange occurrences go on and on.  It seems like knowledge of my situation made further retaliation unfold and many documents suddenly created a whole allegation of my status of race. Here are just some of the few retaliations I have received.

Exhibits

Exhibit 1



Exhibit 2



# Tyler Robinson named suspect in Charlie Kirk shooting, how he was caught

*Robinson was identified by his father in photographs released by auhtorities.*

By **Bill Hutchinson, Jack Date, Pierre Thomas, Luke Barr, Mary Kekatos and Olivia Rubin**

September 12, 2025, 10:39 AM ET    • 14 min read



What to know about Tyler Robinson, Charlie Kirk shooting suspectAuthorities have taken into custody the perso⬤ ⬤ey suspect of shoo⬤ ⬤g and killing conservative activist Charlie Kirk on Wednesday at a Utah university campus event. ABC News' Aaron Katersky reports.Patrick T. Fallon/AFP via Getty Images



Exhibit 3

# Luigi Mangione ordered to appear in Pennsylvania court

*Pennsylvania charges against him include possession of a gun without a license.*

By **Ahmad Hemingway**

September 10, 2025, 10:48 AM ET    • 3 min read





reviewing medical recordsLuigi Mangione accused the Manhattan Dist⬤ ⬤ Attorney's o⬤ ⬤e of knowingly and inappropriately violating his rights by reviewing his private medical records, claims that prosecutors denied.Steven Hirsch/Pool via AP, Files

Accused UnitedHealthcare CEO killer Luigi Mangione is being ordered to appear in a Pennsylvania courtroom on state charges, including possession of a gun without a license.



Exhibit 4



Harris Calls Trump's Reported
Remarks on Hitler and Nazis 'Deeply...

Oct 23, 2024 — Harris Calls Trump's Reported Remarks
on Hitler and Nazis 'Deeply Troubling' ... The vice
president seized on reports in which John Kelly, a ...

PolitiFact
https://www.politifact.com

Kamala Harris cited news reports that
said Trump praised Hitler. She did no...

Oct 24, 2024 — Under Hitler's leadership, Nazi Germany,
its allies and collaborators killed 6 million Jewish
people in a state-sponsored genocide known as the ...

KHOU
https://www.khou.com

real image captured of a lover girl mastering the art of
detachment

View insights

November 10, 2024

View insights

Liked by khialrahmanusa
kitty_meow12 Well I mean at least construction is
going well at the railroad where Hitler attacked... more
July 20

SYDNEY SWEENEY HAS GREAT GENES

Exhibit 5

**Product Details**

ASIN: B08CCNWN9Q
Accessibility: Learn more
Publication date: July 9, 2020
Edition: 1st
Language: English
File size: 1.0 MB
Screen Reader: Supported
Enhanced typesetting: Enabled
X-Ray: Not Enabled
Word Wise: Enabled
Print length: 156 pages
Page Flip: Enabled
Grade level: 5 - 12
Reading age: 13 - 18 years

Amazon.com Sales Rank #3,934,743 in Kindle Store



her story of rape, and the cup of water she
found. It reminded me of being in the 5th
grade finding a cup of water on my window
seal. Except first after i went downstairs in
my ___eam, and pulled nails out of my hands
and watched a bunch of black stuff fall on the
floor, then pouring a cup of water and going
back upstairs into my room.The next day
netty telling me about a black shadow she
saw in her closet. That scared her, yet she
didn't mind staring at it.
Below are the treatment p___n provided by my
counselor Tyler Young. Often I would have
scream fights with my parents. The months
that I spoke monotone made him the most
comfortable.

Exhibit 6



| NEWS | SCIENCE | MILITARY | HOME |

Science > Animals

# A Marine Researcher Found Black Goo Inside a Ship. Turns Out It's a New Lifeform.

The mysterious goo, which a marine
superintendent found in a ship's rudder shaft
housing comprised a whole new order of archaea.

BY DARREN ORF    PUBLISHED: JUL 17, 2025 9:00 AM EDT

We use technologies that provide information
about your interactions with this site to others for
functionality, analytics, targeted advertising, and
other uses. Learn more in our Privacy Notice.

opularmechanics.com



kitty_meow12

kitty_meow12 Well I mean at least construction is going well at the railroad where Hitler attacked ... and where I found that free Mason Bible about Ezekiel and the monster with the eyes ... true biblical angels! And how the things with the tall robes come out of them from the dimensions. Yep!! Crazy how coincidental that all is.... I already said I'm not a nazi

11w

View insights

1 like

Exhibit 7



https://www.ancestry.com › name-or...

**Feist Name Meaning & Feist Family History at Ancestry.com®**

The most Feist families were found in USA in 1880. In 1840 there was 1 Feist family living in Pennsylvania. This was 100% of all the recorded Feist's in USA.

Missing: declaration | Must include: declaration

https://www.royalcaribbeanblog.com

Royal Caribbean Blog - Unofficial blog

**Feist**

Name meaning

German and Jewish (Ashkenazic): nickname for a stout person from Middle High German veiz(e)t German feist 'well covered well fed'. This surname is also found in France (Alsace) Poland and Slovenia. Perhaps also English: variant of Feast and Feest.

https://www.nps.gov › civilwar › pe...

**Pennsylvania Civil War Battles - The Civil War (U.S. National Park Service)**

Pennsylvania Civil War Battles ; June 24, Skirmish, McConnellsburg, PENNSYLVANIA--12th Cavalry. ; June 25, Skirmish, McConnellsburg, NEW YORK--1st (Lincoln) ...

https://www.americaslibrary.gov › ps

**The Civil War in Pennsylvania - America's Library**

It was the Battle of Gettysburg, which took place on July 1

George Ja... Suchor
1905-1909

Johanna A. Feist
1914-1966

Lonas Miller Bunch Jr
1940-

Helen Weaver
1950-

?
?

Annette Bunch

Sarah



**California Superior Court breaks ground on $120 million Mendocino County courthouse project**

Exhibit 8 ( a new courthouse on "Standley Street" despite the road from Boonville CA to the coast having a mudslide on it for 10+ years...)

citation: Ukiah 2040 General Plan Update Draft Environmental Impact Report prepared by City of Ukiah City of Ukiah Community Development Department 300 Seminary Avenue Ukiah, California 95482 Contact: Craig Schlatter, Director of Community Development prepared with the assistance of Rincon Consultants, Inc. 449 15th Street, Suite 303 Oakland, California 94612 October 2022

chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://cityofukiah.com/wp-content/uplo ads/2023/02/Ukiah_2040_Draft_EIR_with_Appendices.pdf

This proves misconduct through the government personalized to me, because my official court date with my foster parents for human trafficking was in September 2022... The court date was also on the same date the Queen Elizabeth of England died; September 8th 2022 at Balmoral Castle in Scotland, at the age of 96.

https://www.loc.gov/nls/new-materials/book-lists/the-life-and-reign-of-queen-elizabeth-ii/

Exhibit 9



Superior Court of California, County of Humboldt
CR2000360
03/06/2020    023-0330575

Escalera, Manuel Perez Jr

Review-DV/CSLK        4·10·20   IC³⁰  M

$25,000        held to  4·10·20

Exhibit 10



Exhibit 11

Start a petition  ☰

Look inside ↓



## Sarah Donovan
### Sarah/satan: *rough draft* special edition (Pt 1)

## Why 911 happened

Victory

This petition made change with 104 supporters!

Share this petition

 Decision Makers: United States Supreme Court +7

 342 Updates

# The Issue

**Why 911 actually happened UNSENSORED**

1. I got born and found out I was being sold into child sexual slavery with my sibling Annette donovan.

2. My adoption was very open and informal. Even my biological father obtained my new address and got accused of sexual crimes the court did not address properly as most sexual assault was concurred in foster homes.

3. After me and my sister got adopted by the Donovan's I hit my head around November in the year 2000... at the dinner table in front of a plate of pork stating I didnt want to eat my meat flattening the back of my skull. Other brain injury was concurred later on at the bower park when I attempted a backflip several months later. [then I stated I want to eat my meat now after getting out of ambulance as a joke] (me and my sister were placed separately and not recommended to be raised together)

4. A spiritual festival started called dragons breath. Stan donovan took us all on a surf trip to mexico that resulted in the native american burial grounds being visited by us.

5. After 911 I noticed years later my cousin worked for the EPA and her oil machine's she took from the companies committing environmental damage were destroyed in the fire. She had drank coffee mate that tasted like vanilla instead of hazelnuts she bought from the store.

6. In middle school I looked up the Kkk website in class. I was in the 6th grade and noticed you could buy a t shirt. I laughed and said how dumb they are cuz its not all white. Paula patterson started working at that school, closely with mrs. Boyd's husband who worked at Harvard university studying GERMS. (potential starting place of covid 19 is in Harvard university) paula passed out candy at school after she visited china. Then quit moving far away.

7. Formerally known as Heritage schools was changed to heritage community after my arrival. Utah CEO accused of child porn photos. And Paris Jacksons [Michael Jacksons daughter] confidential agreement got breached at her treatment center. I was right next door and we all knew she was their. Weird Elizabeth smart came along after awhile cuz she had been church abducted and raped

8. Refrence to ebook on amazon sarah/satan. Or kitty_meow12 Instagram

The LIST OF DEMANDS BY THE PEOPLE FOR THE PEOPLE:

- ○ Military strategy reform

- ○ Police department integration with mental health services similar to those offered by child welfare services officials, program to slowly integrate the two branches so no more evil child dependency court.

- ○ An order established so the BIA or bureau of indian affairs must become integrated with the court system. Too much paperwork and buearocracy with such good ideas being compiled to race. Refrence to foster care only offering $750-1000 a month to foster kids till 21 and native americans getting $50,000 every couple of months.

- ○ Veterans from 911 wars get retirement pension also the police who become updated by having a training course or different job opened up as HUMAN RELATIONS OFFICER – first to respond to child welfare services related crimes and represents certain clients who may need help with stress managment in bureaucracy of buisness until offical integration due to crime or health related reasons

- ○ Wendy's on CNN is clearly the only charity offered to foster kids. Charity also should not be a reliability. Departments should be available to people without immediate family as native americans have in their civil rights dictation within the corporate charters

- ○ Former civil rights complaints asking for a grant toward my buisness plan of recycling and love must be met.

- ○ People from the middle east should have all personal property reimbursed related to 911.  The money will be american spent however so america doesnt inflate the dollar and enslave more.

- ○ Give money to people with kids instead of child support.

- ○ Give back federal administration to native Americans

- ○ Petition still active as of August 2025 to end of time

⚑ Report a policy violation



Sarah Donovan
Petition Starter

Media inquiries

## The Decision Makers



Awaiting response

Manchester police band characters.

Awaiting response

Sarah J Donovan (myself)

Awaiting response

View 5 more

## Petition updates

Keep your supporters engaged with a news update. Every update you post will be sent as a separate email to signers of your petition.

Post an update



# Victory

Aug 24, 2024 —

I am proud to announce after so many years, the courthouse will overturn their filing in 2025 January from vexatious and go after the child molesters and injustice. I can no longer participate in politics I don't think it's good for my mental health.

**update**

9 months ago

-fauci did not just get convicted and walk off… I sued Walgreens for Moderna vaccine manufacturing errors… part of my instagram also… yet within reason is accountability for their actions….. -Mendocino County will overturn my rule on my case 22SC00032 and 22SC00031 in March 25, 2025 because it was not only an unjust ruling it was in the wrong court. Most social…

Victory!

1 year ago

I am proud to announce after so many years, the courthouse will overturn their filing in 2025 January from vexatious and go after the child molesters and injustice. I can no longer participate in politics I don't think it's good for my mental health.

More updates

## Share this petition



Share this petition in person or use the QR code for your own material.
Download QR Code

---

🔗 Copy link

---

◯ Send via WhatsApp

---

f Share on Facebook

---

n nextdoor

---

✉ Send via email

---

X Post on X

---

Petition created on October 21, 2020

---

Change.org › Criminal Justice › Why 911 happened

---

Company        Community        Support        Connect        Guides

About          Press            Help           X              Petition Guides



| Impact | Community | Privacy | Facebook | Create Your |
|--------|-----------|---------|----------|-------------|
| Team | | Cookie Policy | TikTok | Collect Signatures |
| | | Manage Cookies | | Reach out to Media |
| | | | | Engage Your Decision Maker |

English (United States) ⌄

© 2025, Change.org, PBC

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Exhibit 12

**change.org**    My petitions    Membership    Q Search

Petition update

Why 911 happened

# **More relating photos**

[ Edit ]  [ Delete ]

**Sarah Donovan**
Eureka, CA, United States



Jan 29, 2022

My sister and my step cousin tenaya bishop in the "rose bowl mall"



Facebook    X    Email    WhatsApp    Copy link

< **Previous**
Freedom from slavery; money
problems; more assistance with

Petition update

Why 911 happened

# Random girl

Edit   Delete

**Sarah Donovan**
Eureka, CA, United States



Oct 9, 2022

Random lady

Exhibit 13

Exhibit 14

change.org    | My petitions    Membership    Q Search

Petition update

Why 911 happened

# Technically I'm not human

Edit    Delete

**Sarah Donovan**
Eureka, CA, United States



Apr 16, 2022

Can't be a child solider if I am NOT part African. But then again I am human because the DNA test came back

Exhibit 15

Petition update

Why 911 happened

# Proof this is Mendocino counties evil

Edit    Delete



**Sarah Donovan**
Eureka, CA, United States



May 2, 2022

Look they took my son away without even spelling my name right.

Misspelling of documents under the context that misspelling documents means you may not know anything about the case…Started right after I messaged Donald Trump for help in my child custody case. Repeated attacks, even had to go to court for abuse of 911 in Humboldt County because I tried to go to the hospital for my ovarian cysting and the cops kept showing up and trying to take me on a 51/50. The cops lost that case against me in 2021 subsequently were fired.

It seems like every time my life is in danger the systems around me begin to fail around me and they take full advantage of the situation trying to kill me.

- **First Amendment violations**: Retaliation for protected speech and association, stemming from their roles in criminal investigations involving President Trump.
- **Fifth Amendment violations**: Due process deprivations (procedural and substantive) in their removals without cause or proper procedures.
- **Other claims**: Violations of Merit System Principles (5 U.S.C. §§ 2301 et seq.), ultra vires (illegal) firings, Declaratory Judgment Act (28 U.S.C. §§ 2201–2202), and Mandamus (28 U.S.C. § 1361) to reinstate them.

Misspelled Mail in Family Law Cases (2020-2021, Mendocino County): In case 22FL00158 (child custody) and 21FL00384 (child support) involving my son, Arien Escalera, a Native American protected by the Indian Child Welfare Act (ICWA), court and social workers repeatedly sent mail with my name and address misspelled, potentially violating ICWA notice requirements (25 U.S.C. § 1912) and due process.

Ignoring Evidence in Custody Case (2021, Humboldt County): In case 22FL00158, I provided evidence of a child molester case against the father, Manuel, in Humboldt County. Social

workers ignored this, violating ICWA's requirement to prioritize child safety (25 U.S.C. § 1902) and California Welfare & Institutions Code § 300.

Denial of Reasonable Accommodation (2020-2021, Mendocino County): Social workers Daisy Alam and Susan Rogers required me to travel by Greyhound to their office for supervised visits with Arien during COVID, despite my need for surgery due to internal bleeding. They refused hotel reimbursement over eight times, citing a false "mental health" risk assessment, violating the Americans with Disabilities Act (42 U.S.C. § 12132). In small claims case 22SC00032, Judge Brennan Clayton denied my evidence against them, protected their status as government workers, and allowed a representative, violating California Code of Civil Procedure § 116.530(e).

Suppression of Evidence in Human Trafficking Case (2021, Mendocino County): In case 22SC00031 against my foster parents for human trafficking, I submitted evidence including police reports, videos, and school records showing abuse and my sister's illegal placement with her biological mother. Judge Brennan Clayton refused my evidence and silenced me, violating § 116.530(e). The Sheriff's badge was removed after FBI involvement. In 2024, I was advised to file VL-120 and VL-115 in 2025 under case 22SC00032, but they were denied.

The suit seeks declaratory relief, injunctions against further retaliation, and reinstatement to their

positions.I seek a payment from the FBI for damages for failure to respond of at least

$100,000.00 for constantly harassing me. I had to document it on my instagram kitty_meow12

because it got so complex!

Respectfully Submitted,

/s/_____

Sarah Donovan

1250 Cameron Ave Apt 2 Tyrone PA 16686

814-895-8587

Date: October 10, 2025

Declaration in Support of Motion

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


BRIAN J. DRISCOLL, JR., et al.,

       Plaintiffs,

    v.

KASHYAP P. PATEL, et al.,

       Defendants.


Civil Action No. 1:25-cv-03109

Judge Jia M. Cobb


SARAH DONOVAN,

       Proposed Intervenor-Plaintiff.


DECLARATION OF SARAH DONOVAN IN SUPPORT OF MOTION TO INTERVENE


I, Sarah Donovan, declare under penalty of perjury under the laws of the United States that the following is true and correct based on my personal knowledge:


1. I am the Movant and Proposed Intervenor-Plaintiff in this action, residing at 1250 Cameron Ave #2, Tyrone, PA 16686, and I am proceeding pro se.

RECEIVED
Mailroom

OCT 1 4 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

2. From 2024 to 2025, I submitted tips to the Federal Bureau of Investigation (FBI) via

tips.fbi.gov regarding alleged sex trafficking and misconduct linked to Jeffrey Epstein's island,

based on my experiences and information I believe to be credible.

3. On the advice of my therapist, I documented these allegations in a public petition and

Instagram posts (@kitty_meow12) during 2024–2025 to preserve evidence and raise awareness,

as the FBI failed to respond or investigate my tips.

4. I experienced retaliation and harassment following these actions, including an incident in 2022

where, during a call to the FBI after a court hearing in Mendocino County, California, local

police approached me with a "cruel sneer" and offered help mid-conversation, which I perceived

as intimidation (see Exhibit 15, police call log).

5. In Humboldt County Case No. 22FL00158 (child custody, 2021), I provided evidence of

domestic violence and child molestation by my child's father, Manuel Escalera, Jr., but social

workers and the court ignored it, violating my due process rights and the Indian Child Welfare

Act (25 U.S.C. § 1902) for my Native American son, Arien Escalera (see Exhibit 1, court

documents).

6. In Mendocino County Case Nos. 22SC00031 and 22SC00032 (small claims, 2021), I sued my

foster parents and social workers for human trafficking and abuse, presenting police reports,

videos, and school records, but Judge Brennan Clayton suppressed my evidence and silenced me, violating California Code of Civil Procedure § 116.530(e) (see Exhibit 2, court records).

7. Court documents in my family law cases (e.g., Humboldt County Case Nos. 22FL00158, 21FL00384, 2020–2021) were repeatedly misspelled with my name and address, which I believe was intentional to undermine my cases, further violating due process (see Exhibit 15, court correspondence).

8. I believe these incidents reflect a pattern of FBI inaction and retaliation under Defendant Kashyap P. Patel's leadership, similar to the misconduct alleged by the Driscoll plaintiffs, who claim retaliatory firings for their protected activities.

9. My intervention in this case is necessary to address FBI misconduct affecting my First Amendment rights (retaliation for my public posts) and Fifth Amendment rights (due process violations from ignored tips and court interference), causing me emotional distress and loss of legal rights.

10. Without joining this case, I risk losing access to shared evidence about FBI misconduct and facing inconsistent rulings that could bar my claims.

Executed on October 9, 2025, at Tyrone, Pennsylvania.

Respectfully submitted,

_____ /s/

Sarah Donovan

Pro Se Movant

Date: 10/10/2025

1250 Cameron Ave #2

Tyrone, PA 16686

814-895-8587

**PROPOSED ORDER GRANTING MOTION TO INTERVENE**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

BRIAN J. DRISCOLL, JR., et al.,

     Plaintiffs,

  v.

KASHYAP P. PATEL, et al.,

     Defendants.

Civil Action No. 1:25-cv-03109

Judge Jia M. Cobb

SARAH DONOVAN,

     Proposed Intervenor-Plaintiff.

Upon consideration of Proposed Intervenor-Plaintiff's Motion to Intervene, the oppositions

thereto, and for good cause shown, it is hereby \*\*ORDERED\*\* that the Motion is (check box):

☐ GRANTED

☐ DENIED

The Clerk shall file the Complaint in Intervention Motion to Intervene in Driscoll, Jr. et al. v. Patel et al.

**SO ORDERED.**

/s/_____

Hon. Judge Jia M. Cobb

United States District Judge

Date: _____

--