**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN J. DRISCOLL, JR., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> KASHYAP P. PATEL, *et al.* <br><br> Defendants. <br><br> . | Civil Action No.: 1:25-cv-3109-JMC |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(c), undersigned counsel respectfully moves for the admission and appearance of attorney Christopher Mattei *pro hac vice* in the above-captioned case as counsel for Plaintiffs Brian Driscoll, Jr., and Steven Jensen.  This motion is supported by the Declaration of Christopher Mattei, attached hereto as Exhibit A.  As set forth in his Declaration, Mr. Mattei works with the undersigned at the law firm Koskoff, Koskoff & Bieder in Bridgeport, Connecticut, and has federal litigation experience.  His Certificate of Good Standing is attached hereto as Exhibit B.  This motion is supported and signed by Margaret Donovan, an active and sponsoring member of the Bar of this Court.

Dated: November 25, 2025                                  Respectfully Submitted,

                                                                     */s/ Margaret M. Donovan*
                                                                     Margaret M. Donovan (D.C. Bar #CT0026)
                                                                     KOSKOFF, KOSKOFF & BIEDER, PC
                                                                     350 Fairfield Ave., Suite 501
                                                                     Bridgeport, CT 06604
                                                                     Tel: (203) 336-4421
                                                                     Fax: (203) 368-3244
                                                                     mdonovan@koskoff.com

1