THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN DRISCOLL, *et al.* : | |
| : | |
| Plaintiffs, : | Case No. 1:25-cv-3109-JMC |
| : | |
| v. : | |
| : | |
| KASHYAP P. PATEL, *et al.* : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The undersigned counsel hereby files her Notice of Appearance on behalf of the Plaintiffs in this action.

Respectfully Submitted,

/s/ Heidi R. Burakiewicz
Heidi R. Burakiewicz
Burakiewicz & DePriest, PLLC
1120 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20036
(202) 856-7500
hburakiewicz@bdlawdc.com

*Attorney for Plaintiffs*