# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN J. DRISCOLL, JR., *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>KASHYAP P. PATEL, in his official capacity as Director, Federal Bureau of Investigation, United States Department of Justice, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-03109-JMC |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ESTABLISH A BRIEFING SCHEDULE

Defendants respectfully move for a brief extension of their time to answer or otherwise respond to the operative complaint in this case, and for a schedule for briefing Defendants' anticipated motion pursuant to Federal Rule of Civil Procedure 12. Defendants conferred with counsel for Plaintiffs as to the relief sought in this motion on December 12, 2025. Plaintiffs do not oppose the relief sought, and the parties are in agreement on the briefing schedule proposed below.

In support of the motion, Defendants state as follows:

1. Plaintiffs filed and served the operative complaint on September 10, 2025, such that an answer to the complaint was originally due on November 10, 2025 by operation of Federal Rule of Civil Procedure 12(a)(2).

2. Due to the lapse in government appropriations that began on October 1, 2025, deadlines in this judicial district in matters in which the United States or one of its officers or agencies was a party were extended fifty-three days. Standing Order 25-59

(Nov. 13, 2025). At present, Defendants' deadline for answering or otherwise responding to the complaint is January 2, 2025.

3.  Good cause exists for an extension of Defendants' deadline for responding to the complaint. Defendants anticipate moving to dismiss the operative complaint. This motion will require review by supervisory officials within multiple components of the Department of Justice, and is now due at a time when many officials are on annual leave. In light of these conflicts and the demands of other litigation being handled by undersigned counsel (many of which were also impacted by the lapse of appropriations), this modest request for an extension is appropriate.

4.  The parties have reached an agreement on the below schedule for briefing Defendants' anticipated motion to dismiss the complaint:

- Government's deadline to respond to Complaint (MTD): January 16, 2026
- Plaintiff's response to Government's MTD: February 13, 2026
- Government's deadline to reply ISO its MTD: February 20, 2026

A proposed order is attached.

Dated:  December 12, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

 /s/ Michael J. Gerardi
MICHAEL J. GERARDI
D.C. Bar #1017949
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-0680
Email: Michael.j.gerardi@usdoj.gov

*Counsel for Defendants*