# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN J. DRISCOLL, JR., *et al.*,<br><br>　　　*Plaintiffs*,<br>　v.<br><br>KASHYAP P. PATEL, in his official capacity as Director, Federal Bureau of Investigation, United States Department of Justice, *et al.*,<br><br>　　　*Defendants*. | Case No. 1:25-cv-03109-JMC |

## UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE

　　Defendants respectfully move for a further four-day extension of the time to file their motion to dismiss, to Tuesday, January 20, and for corresponding adjustments to the briefing schedule. Defendants conferred with counsel for Plaintiffs as to the relief sought in this motion on January 14, 2026. Plaintiffs do not oppose the relief sought, and the parties are in agreement on the briefing schedule proposed below.

　　In support of the motion, Defendants state as follows:

　　1.　Plaintiffs filed and served the operative complaint on September 10, 2025, such that an answer to the complaint was originally due on November 10, 2025 by operation of Federal Rule of Civil Procedure 12(a)(2). Due to the lapse in government appropriations that began on October 1, 2025, deadlines in this judicial district in matters in which the United States or one of its officers or agencies was a party were extended fifty-three days.  Standing Order 25-59 (Nov. 13, 2025). Defendants' original deadline for answering or otherwise responding to the complaint is January 2, 2025.

　　2.　Defendants filed an unopposed motion to extend their answer deadline

and establish a schedule for briefing a motion to dismiss the complaint on December 22, 2025, which the Court granted the same day. ECF No. 15.

3.  Good cause exists for the additional four days of time requested in this motion. This limited adjustment to the briefing schedule is necessary to allow sufficient time for personnel in the Department of Justice and the Federal Bureau of Investigation to review Defendants' proposed motion to dismiss.

4.  The parties have reached an agreement on the below schedule for briefing Defendants' anticipated motion to dismiss the complaint:

- Government's deadline to respond to Complaint (MTD): January 20, 2026
- Plaintiff's response to Government's MTD: February 17, 2026
- Government's deadline to reply ISO its MTD: February 24, 2026

A proposed order is attached.

Dated:  January 15, 2026                          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

 /s/ Michael J. Gerardi
MICHAEL J. GERARDI
D.C. Bar #1017949
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-0680
Email: Michael.j.gerardi@usdoj.gov

*Counsel for Defendants*