UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN J. DRISCOLL, JR., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KASHYAP P. PATEL, in his official capacity as Director, Federal Bureau of Investigation, United States Department of Justice, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-03109-JMC |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12, Defendants respectfully move the Court to dismiss this case for lack of jurisdiction under Rule 12(b)(1), and for failure to state a claim upon which relief can be granted under Rule 12(b)(6). The grounds for seeking the requested relief are set forth in the attached Memorandum in Support of Defendants' Motion to Dismiss. A proposed order is attached.

Dated: January 20, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

 /s/ *Michael J. Gerardi*
MICHAEL J. GERARDI
D.C. Bar #1017949
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-0680
Email: Michael.j.gerardi@usdoj.gov

*Counsel for Defendants*