UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN J. DRISCOLL, JR., *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>KASHYAP P. PATEL, in his official capacity as Director, Federal Bureau of Investigation, United States Department of Justice, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-03109-JMC |

## [PROPOSED] ORDER

Now before the Court Is Defendants' Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12. Having considered the memoranda filed by the parties in support of and in opposition to the motion, as well as the arguments of counsel, the Court hereby **ORDERS** that the motion is **GRANTED**.

It is further **ORDERED** that this civil action is **DISMISSED**.

**SO ORDERED**

_____
JIA M. COBB
U.S. District Court Judge