## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN J. DRISCOLL, JR., *et al.*,<br>    *Plaintiffs*,<br><br>*v.*<br><br>KASHYAP P. PATEL, *et al.*,<br>    *Defendants*. | Civil Action No. 1:25-cv-03109 (JMC) |

## UNOPPOSED MOTION OF LAWYERS DEFENDING AMERICAN DEMOCRACY FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS AND TO EXCEED THE PAGE-LENGTH LIMITATION

NOW COMES Lawyers Defending American Democracy (LDAD), by and through its undersigned counsel, who respectfully requests leave to file an amicus curiae brief in support of the Plaintiffs' Complaint and Demand for a Jury Trial and in Opposition to the Defendants' Motion to Dismiss, pursuant to LCvR 7.0(o)(2). Additionally, LDAD requests leave to exceed the length limitation prescribed by LCvR 7.0(o)(4) by six (6) pages (from 25 pages to 31 pages).

### INTRODUCTION

Copies of the proposed amicus brief and the proposed Order accompany this motion. *See* LCvR 7.0(o)(2)–(3). This motion is "filed in a timely manner" because briefing on the above-mentioned motions is not yet complete and, therefore, will not delay the Court's ability to rule on those pending motions. LCvR 7.0(o)(2). This motion is unopposed. *Id.*

### DISCUSSION

The movant's interest in this case, LCvR 7.0(o)(2), is as follows: LDAD is a non-profit, non-partisan organization devoted to encouraging the legal profession to enforce and uphold principles of American democracy and law, consistent with our obligations as lawyers;

demanding accountability from lawyers and public officials; and identifying attacks on legal norms and prescribing redress for them. LDAD's mission is to defend the underlying constitutional values and norms of political behavior on which our democracy depends, including the rule of law, institutional checks and balances, separation of powers, nonpartisan law enforcement, and the integrity of our system of justice. LDAD's Board of Directors includes, among others, a retired state supreme court justice, a former state attorney general, retired partners and managing partners of major law firms, past presidents of two state bar associations, business entrepreneurs, and legal academics.

The issues raised in this case are directly relevant to LDAD's mission and interests. The rule of law in this country depends upon the maintenance of an impartial and apolitical law enforcement apparatus. This principle of apolitical law enforcement, which dates to our nation's founding, is undermined by the summary termination of plaintiffs in this case in violation of explicit statutory for-cause dismissal requirements. We also maintain that the history of American democracy is one of sustained vigilance against the tyranny that arises when personal or political interests override competence and fidelity to the law in the realm of law enforcement. The Plaintiffs' success in this case is therefore central to LDAD's mission and interests.

The impartial and exact execution of the laws to which our nation's founders aspired is woven into several Constitutional provisions; including appointment powers specifically granted to Congress; the "oath" requirement binding officers to the Constitution and not any individual, as well as the requirement that the President "take care that the laws be faithfully executed," which presupposes apolitical fidelity to the law. The due process and equal protection amendments require equal enforcement of the law to all without favoritism and are

also implicated when enforcement of the law becomes political.

Numerous federal statutes, dating back to the Oath Act of 1789 and continuing throughout our nation's history, underscore bipartisan congressional and executive efforts to ensure that law enforcement remains impartial, professional and governed by law rather than political loyalty. These include The Judiciary Act of 1789, the Act Establishing the Department of Justice in 1870, the Hatch Act of 1939, the Inspector General Act of 1978, and the Civil Service Reform Act of 1978. Executive branch policies setting out for-cause protections for Senior Executive Service officers at the Federal Bureau of Investigations (FBI SES personnel) protect these same interests.

The proposed amicus brief provides constitutional and legal context supporting our nation's foundational, historical and modern-day interest in the government's apolitical use of law enforcement power. It examines relevant constitutional text and history, including the founders' view that law enforcement must remain nonpartisan and subject to checks and balances. The brief also traces the development of statutory laws, legal doctrine and institutional norms governing federal law-enforcement authority, demonstrating both the constitutional legitimacy of such statutes and how the nation's responses to past abuses consistently reaffirm nonpartisan enforcement as a foundational principle essential to democratic governance.

The depth of the historical and legal materials informing the core subject matter of the accompanying amicus brief occasions our request for five additional pages beyond what is normally afforded amici seeking leave to file before this Court.

The accompanying amicus brief was authored entirely by amicus curiae and their attorneys, and not in any part by counsel for any party. No party or counsel for any party

3

contributed money to fund preparing or submitting the accompanying amicus brief. Apart from amicus curiae, their members, and their counsel, no other person contributed money to fund preparing or submitting the accompanying amicus brief.

Finally, LDAD has consulted with counsel for the parties of record, as required by Local Rule 7.0(o)(2), each of whom has consented to the filing of an amicus brief by LDAD.

## CONCLUSION

For these reasons, LDAD respectfully requests the Court grant it leave to file the attached amicus curiae brief in support of Plaintiffs Brian Driscoll, Steven Jensen and Spencer Evans, and to exceed the length limitation provided by LCvR 7.0(o)(4) by 6 pages.

Respectfully submitted,

Lawyers Defending American Democracy,
*by its counsel*:

  /s/ Aderson Bellegarde François
Aderson Bellegarde François
  (D.C. Bar No. 498544)

GEORGETOWN UNIVERSITY LAW CENTER
  CIVIL RIGHTS CLINIC
600 New Jersey Avenue NW, Suite 352
Washington, D.C. 20001

Tel.:    (202) 662-9546
Email: Aderson.Francois@georgetown.edu

Dated:        February 16, 2026            *Counsel for Movant*

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BRIAN J. DRISCOLL, JR., *et al.*,
     *Plaintiffs*,

*v.*

KASHYAP P. PATEL, *et al.*,
     *Defendants*.

Civil Action No. 1:25-cv-03109 (JMC)

**Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia**:[1]

I, the undersigned, counsel of record for Movant, Lawyers Defending American Democracy, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Lawyers Defending American Democracy which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Attorney of Record for Lawyers Defending American Democracy:

       /s/ Aderson Bellegarde François
      Aderson Bellegarde François
       (D.C. Bar No. 498544)

      GEORGETOWN UNIVERSITY LAW CENTER
       CIVIL RIGHTS CLINIC
      600 New Jersey Avenue NW, Suite 352
      Washington, D.C. 20001

      Tel.:   (202) 662-9546
      Email: Aderson.Francois@georgetown.edu

Dated:     February 16, 2026     *Counsel for Movant*

---

[1] The form of this certificate is provided by, and complies with, LCvR 26.1.

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 16, 2026, I electronically filed the foregoing Unopposed Motion with the Clerk of Court via the CM/ECF system, which will provide copies to all counsel of record who have entered appearances.

  /s/ Aderson Bellegarde François
Aderson Bellegarde François
  (D.C. Bar No. 498544)

GEORGETOWN UNIVERSITY LAW CENTER
  CIVIL RIGHTS CLINIC
600 New Jersey Avenue NW, Suite 352
Washington, D.C. 20001

Tel.:    (202) 662-9546
Email:  Aderson.Francois@georgetown.edu

Dated:        February 16, 2026        *Counsel for Movant*