**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BRIAN J. DRISCOLL, JR., *et al.*,<br>       *Plaintiffs*,<br><br>*v.*<br><br>KASHYAP P. PATEL, *et al.*,<br>       *Defendants*. | Civil Action No. 1:25-cv-03109 (JMC) |

## FILING OF PROPOSED ORDER

NOW COMES Movant, Lawyers Defending American Democracy, by and through the

undersigned counsel, who respectfully submits the attached proposed order in accompaniment to

its Motion for Leave filed concurrently herewith, pursuant to LCvR 7.0(o)(2) ("A motion for

leave to file an amicus brief shall . . . be accompanied by a proposed order.").

Respectfully submitted,

Lawyers Defending American Democracy,
*by its counsel*:

  /s/ Aderson Bellegarde François
Aderson Bellegarde François
  (D.C. Bar No. 498544)

GEORGETOWN UNIVERSITY LAW CENTER
  CIVIL RIGHTS CLINIC
600 New Jersey Avenue NW, Suite 352
Washington, D.C. 20001

Tel.:    (202) 662-9546
Email:  Aderson.Francois@georgetown.edu

Dated:          February 16, 2026          *Counsel for Movant*

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BRIAN J. DRISCOLL, JR., *et al.*, <br>      *Plaintiffs*, <br><br> *v.* <br><br> KASHYAP P. PATEL, *et al.*, <br>      *Defendants*. | Civil Action No. 1:25-cv-03109 (JMC) |

## **ORDER**

For good cause shown, the Unopposed Motion for Leave to File Brief of Amicus Curiae and to Exceed the Page-Length Limitation, filed by Lawyers Defending American Democracy on February 16, 2026, is GRANTED. The amicus brief attached thereto is accepted for filing by the Clerk of Court as of this date.

SO ORDERED this _____ day of _____, 2026.

_____
JIA M. COBB
United States District Judge

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 16, 2026, I electronically filed the foregoing Filing of

Proposed Order with the Clerk of Court via the CM/ECF system, which will provide copies to all

counsel of record who have entered appearances.

    /s/ Aderson Bellegarde François
Aderson Bellegarde François
  (D.C. Bar No. 498544)

GEORGETOWN UNIVERSITY LAW CENTER
  CIVIL RIGHTS CLINIC
600 New Jersey Avenue NW, Suite 352
Washington, D.C. 20001

Tel.:   (202) 662-9546
Email: Aderson.Francois@georgetown.edu

Dated:      February 16, 2026      *Counsel for Movant*