# EXHIBIT 1



**U.S. Department of Justice**

**Federal Bureau of Investigation**

Office of the Director

Washington, D.C. 20535-0001

August 8, 2025

Mr. Brian J. Driscoll Jr.
Critical Incident Response Group
Federal Bureau of Investigation

Dear Mr. Driscoll:

    This document provides official notice that you are being summarily dismissed from your position at the Federal Bureau of Investigation, and removed from the federal service, under my authority as the FBI Director, effective immediately.

    You have failed to execute and perform requested tasks and issued communications to the FBI workforce that undermined the leadership of the Department of Justice. These communications advocated for insubordination within the Bureau and weakened workforce morale. In addition, you failed to timely respond to unapproved disclosure to the media of law enforcement sensitive information.

    Pursuant to Article II of the United States Constitution and the laws of the United States, your employment with the Federal Bureau of Investigation is hereby terminated.

    If applicable, you may have a right to file an appeal of this removal with the U.S. Merit Systems Protection Board (MSPB) within 30 days of the effective date of the removal action. For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

Sincerely,

Kashyap P. Patel
Director