# EXHIBIT 2



U.S. Department of Justice

Federal Bureau of Investigation

Office of the Director

Washington, D.C. 20535-0001

August 8, 2025

Mr. Steven J. Jensen
Washington Field Office
Federal Bureau of Investigation

Dear Mr. Jensen:

    This document provides official notice that you are being summarily dismissed from your position at the Federal Bureau of Investigation, and removed from the federal service, under my authority as the FBI Director, effective immediately.

    You failed to execute and perform requested tasks, resulting in an unreasonable delay in the execution of FBI priorities.

    Pursuant to Article II of the United States Constitution and the laws of the United States, your employment with the Federal Bureau of Investigation is hereby terminated.

    If applicable, you may have a right to file an appeal of this removal with the U.S. Merit Systems Protection Board (MSPB) within 30 days of the effective date of the removal action. For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

Sincerely,

Kashyap P. Patel
Director