# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN J. DRISCOLL, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KASHYAP P. PATEL, in his official capacity as Director, Federal Bureau of Investigation, United States Department of Justice, *et al.* <br><br> Defendants. | Case No. 1:25-cv-03109-JMC |

## NOTICE OF APPEARANCE

Please take notice that by this filing, undersigned attorney William S. Jankowski, United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as counsel for Defendants in this case.

Dated: February 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:   (202) 353-7578
Email: william.s.jankowski@usdoj.gov