UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIAN J. DRISCOLL, JR., *et al.*,

    *Plaintiffs*,

v.

KASHYAP P. PATEL, in his official capacity as Director, Federal Bureau of Investigation, United States Department of Justice, *et al.*,

    *Defendants*.

Case No. 1:25-cv-03109-JMC

## DEFENDANTS' MOTION TO MODIFY BRIEFING SCHEDULE

For good cause, Defendants respectfully move for a ten-day extension of the time to file a reply in support of their motion to dismiss, to Friday, March 6, 2026. Defendants have conferred with counsel for Plaintiffs as to this request, and Plaintiffs take no position.

In support of this motion, Defendants state as follows:

1. Plaintiffs filed and served the operative complaint on September 10, 2025, such that an answer to the complaint was originally due on November 10, 2025 by operation of Federal Rule of Civil Procedure 12(a)(2). Due to the lapse in government appropriations that began on October 1, 2025, deadlines in this judicial district in matters in which the United States or one of its officers or agencies was a party were extended fifty-three days.  Standing Order 25-59 (Nov. 13, 2025). Defendants' original deadline for answering or otherwise responding to the complaint was January 2, 2025.

2. Defendants filed an unopposed motion to extend their answer deadline and establish a schedule for briefing a motion to dismiss the complaint on December 22, 2025, which the Court granted the same day. ECF No. 15.

3. Defendants filed an unopposed motion for a four-day extension to the schedule on January 15, 2026, which the Court granted the same day. ECF No. 16.

4. Good cause exists for the additional ten days requested in this motion. Lead counsel for Defendants is taking parental leave from the Department of Justice and responsibility for this case has temporarily transitioned to undersigned counsel. Undersigned counsel received this case assignment on February 17, 2026, and entered his appearance on February 18, 2026. Undersigned counsel will require an additional ten days to become familiar with the issues attendant to this litigation. Counsel also requires additional time to draft a reply brief due to a competing deadline for an answer or other response to the plaintiff's complaint in *Schnitt v. Bondi*, No. 25-cv-04111 (CRC) (D.D.C.), which counsel expects to file by February 25, 2026.

5. For good cause shown, Defendants thus request that the Court extend their deadline to file a reply in support of their motion to dismiss to March 6, 2026.

A proposed order is attached.

Dated: February 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

 /s/ William S. Jankowski
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-7578
Email: william.s.jankowski@usdoj.gov

*Counsel for Defendants*