**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BRIAN J. DRISCOLL, JR., et al., | |
| *Plaintiffs*, | Civil Action No. 25-3109 (JMC) |
| v. | |
| KASHYAP P. PATEL, et al., | |
| *Defendants*. | |

**NOTICE OF RELEVANT DISTRICT COURT DECISIONS**

Plaintiffs Brian J. Driscoll, Jr., Steven J. Jensen, and Spencer L. Evans, by and through undersigned counsel, respectfully notify the Court of two recent relevant district court decisions:

- In *Comey v. Department of Justice, et al.*, 1:25-cv-7625-JMF (S.D.N.Y.), the district court held that firing a federal employee "pursuant to Article II of the Constitution" is not a firing conducted "pursuant to the [Civil Service Reform Act]." Exhibit 1, p. 2. Further, the district court noted that claims raising "fundamental questions about Executive Branch power under Article II—including whether and how far down the Executive Branch chain the President can delegate his constitutional removal authority" are claims within "the traditional province of Article III courts." Exhibit 1, pp. 25-26. Like here, *Comey* involves a subordinate executive branch official citing Article II removal authority despite a disclaim of involvement by the President. Exhibit 1, pp. 6-7.

- In *Souther v. Patel, et al.*, 2:25-cv-150-SCJ (N.D. Ga.), the district court held that a former FBI line agent—that is, a non-Senior Executive Service employee— plausibly pled a property interest in his continued FBI employment based on the

1

"existence of any past practices, employment handbooks, letters of appointment, or understandings from which an expectation of job tenure might arise." Exhibit 2, p. 18 (quotation and citation omitted). The district court further found that the plaintiff had plausibly stated a First Amendment claim under an *Elrod v. Burns*, 427 U.S. 347 (1976) and *Branti v. Finkel*, 445 U.S. 507 (1980) analysis. Exhibit 2, pp. 10-12.

Copies of the *Comey* and *Souther* opinions have been attached to this filing as Exhibit 1 and Exhibit 2, respectively.

Dated: July 10, 2026                                    Respectfully Submitted,


*/s/ Margaret M. Donovan*                              */s/ Abbe David Lowell*
Margaret M. Donovan (DDC No. CT0026)                   Abbe David Lowell (DDC No. 358651)
Christopher M. Mattei (DDC No. CT0029)                 David A. Kolansky (DDC No. 7680722)
Koskoff Koskoff & Bieder, PC                           Lowell & Associates, PLLC
350 Fairfield Ave., Suite 501                          1250 H Street, N.W., Suite 250
Bridgeport, CT 06604                                   Washington, DC 20005
Tel: (203) 336-4421                                    T: (202) 964-6110
Fax: (203) 368-3244                                    F: (202) 964-6116
mdonovan@koskoff.com                                   ALowellpublicoutreach@lowellandassociates.com
cmattei@koskoff.com                                    DKolansky@lowellandassociates.com
*Attorneys for Plaintiffs Brian J. Driscoll, Jr. and*  *Attorneys for Plaintiffs Brian J. Driscoll, Jr. and*
*Steven J. Jensen*                                     *Steven J. Jensen*


*/s/ Mark S. Zaid*                                     */s/ Heidi R. Burakiewicz*
Mark S. Zaid (DDC No. 440532)                          Heidi R. Burakiewicz (DDC No. 473973)
Bradley P. Moss (DDC No. 97905)                        Burakiewicz & DePriest, PLLC
Law Offices of Mark S. Zaid, P.C.                      1015 15th Street, N.W., Suite 600
1250 Connecticut Avenue, N.W., Suite 700               Washington, D.C. 20005
Washington, DC 20036                                   202-856-7500
T: (202) 498-0011                                      hburakiewicz@bdlawdc.com
Mark@MarkZaid.com                                      *Attorney for Plaintiff Spencer L. Evans*
Brad@MarkZaid.com
*Attorneys for Plaintiff Spencer L. Evans*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, I electronically transmitted the attached Notice of Relevant District Court Decisions to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*Margaret M. Donovan*
Margaret M. Donovan
Koskoff, Koskoff & Bieder PC

*Counsel for Plaintiffs*