**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN J. DRISCOLL, JR., et al., | |
| *Plaintiffs*, | Civil Action No. 25-3109 (JMC) |
| v. | |
| KASHYAP P. PATEL, et al., | |
| *Defendants*. | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Brian J. Driscoll, Jr., Steven J. Jensen, and Spencer L. Evans, by and through undersigned counsel, respectfully notify the Court of the following supplemental authority:

- In *Comans v. Exec. Off. of the President*, No. 1:25-CV-01237-MSN-WEF, 2026 WL 2100037 (E.D. Va. July 21, 2026), the district court granted partial summary judgment on the plaintiff's due process claims, in favor of the plaintiff. The plaintiff was a member of the Senior Executive Service with the Federal Emergency Management Agency and had been fired in violation of statutory removal protections under a purported Article II removal authority.

A copy of the *Comans* opinion has been attached to this filing.

1

Dated: July 23, 2026                                    Respectfully Submitted,


*/s/ Margaret M. Donovan*                              */s/ Abbe David Lowell*
Margaret M. Donovan (DDC No. CT0026)                   Abbe David Lowell (DDC No. 358651)
Christopher M. Mattei (DDC No. CT0029)                 David A. Kolansky (DDC No. 7680722)
Koskoff Koskoff & Bieder, PC                           Lowell & Associates, PLLC
350 Fairfield Ave., Suite 501                          1250 H Street, N.W., Suite 250
Bridgeport, CT 06604                                   Washington, DC 20005
Tel: (203) 336-4421                                    T: (202) 964-6110
Fax: (203) 368-3244                                    F: (202) 964-6116
mdonovan@koskoff.com                                   ALowellpublicoutreach@lowellandassociates.com
cmattei@koskoff.com                                    DKolansky@lowellandassociates.com
*Attorneys for Plaintiffs Brian J. Driscoll, Jr. and*  *Attorneys for Plaintiffs Brian J. Driscoll, Jr. and*
*Steven J. Jensen*                                     *Steven J. Jensen*


*/s/ Mark S. Zaid*                                     */s/ Heidi R. Burakiewicz*
Mark S. Zaid (DDC No. 440532)                          Heidi R. Burakiewicz (DDC No. 473973)
Bradley P. Moss (DDC No. 97905)                        Burakiewicz & DePriest, PLLC
Law Offices of Mark S. Zaid, P.C.                      1015 15th Street, N.W., Suite 600
1250 Connecticut Avenue, N.W., Suite 700               Washington, D.C. 20005
Washington, DC 20036                                   202-856-7500
T: (202) 498-0011                                      hburakiewicz@bdlawdc.com
Mark@MarkZaid.com                                      *Attorney for Plaintiff Spencer L. Evans*
Brad@MarkZaid.com
*Attorneys for Plaintiff Spencer L. Evans*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 23, 2026, I electronically transmitted the attached Notice of Supplemental Authority to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

<u>*Margaret M. Donovan*</u>
Margaret M. Donovan
Koskoff, Koskoff & Bieder PC

*Counsel for Plaintiffs*