**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIAN J. DRISCOLL, JR., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KASHYAP P. PATEL, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-03109-JMC |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.6, undersigned counsel respectfully notices his withdrawal from the above-captioned matter. Defendants continue to be represented by counsel from the Department of Justice, including counsel that have already appeared in this matter.

Dated: August 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

*/s/ Michael J. Gerardi*

Michael J. Gerardi (D.C. Bar No. 1017949)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Rm. #12212
Washington, D.C. 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Attorneys for Defendants*