**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BRIAN J. DRISCOLL, JR., et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 25-3109 (JMC) |
| | * | |
| KASHYAP P. PATEL, et al., | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * *

**NOTICE OF FILING OF RELEVANT DISTRICT COURT DECISIONS**

NOW COMES the Plaintiffs, by and through their undersigned counsel, to respectfully submit to the Court the following two decisions, both of which address similar issues relating to the motions currently pending before this Court:

(1) *Comey v. U.S. Dep't of Justice et al.*, Civil Action No. 25-cv-7625 (October 26, 2026, S.D.N.Y.)(JMF), attached at Exhibit "1"; and,

(2) *Marrazzo v. Robert F. Kennedy, Jr., et al.*, Civil Action No. 25-04144 (November 2, 2026, D.Md)(SAG), attached at Exhibit "2".

Date: November 3, 2026

Respectfully submitted,

*/s/ Mark S. Zaid*
Mark S. Zaid (DDC No. 440532)
Bradley P. Moss (DDC No. 97905)
Law Offices of Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, DC 20036
T: (202) 498-0011
Mark@MarkZaid.com
Brad@MarkZaid.com
*Attorneys for Plaintiff Spencer L. Evans*

*/s/ Heidi R. Burakiewicz*
Heidi R. Burakiewicz (DDC No. 473973)
Burakiewicz & DePriest, PLLC
1015 15th Street, N.W., Suite 600
Washington, D.C. 20005
202-856-7500
hburakiewicz@bdlawdc.com
*Attorney for Plaintiff Spencer L. Evans*

*/s/ Margaret M. Donovan*
Margaret M. Donovan (DDC No. CT0026)
Christopher M. Mattei (DDC No. CT0029)
Koskoff Koskoff & Bieder, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com
cmattei@koskoff.com
*Attorneys for Plaintiffs Brian J. Driscoll, Jr. and Steven J. Jensen*

*/s/ Abbe David Lowell*
Abbe David Lowell (DDC No. 358651)
David A. Kolansky (DDC No. 7680722)
Lowell & Associates, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
*Attorneys for Plaintiffs Brian J. Driscoll, Jr. and Steven J. Jensen*