**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BRIAN J. DRISCOLL, JR., et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 25-3109 (JMC) |
| | * | |
| KASHYAP P. PATEL, et al., | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * *

**NOTICE OF FILING OF RELEVANT D.C. CIRCUIT DECISION**

NOW COMES the Plaintiffs, by and through their undersigned counsel, to respectfully submit to the Court the decision issued by the D.C. Circuit on November 11, 2026, in *Abramowitz v. Lake*, No. 25-5314 (D.C. Cir. 2026), attached at Exhibit "1", which addresses some issues relating to the motions currently pending before this Court.

Date: November 17, 2026

Respectfully submitted,

*/s/ Mark S. Zaid*
Mark S. Zaid (DDC No. 440532)
Bradley P. Moss (DDC No. 97905)
Law Offices of Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, DC 20036
T: (202) 498-0011
Mark@MarkZaid.com
Brad@MarkZaid.com
*Attorneys for Plaintiff Spencer L. Evans*

*/s/ Heidi R. Burakiewicz*
Heidi R. Burakiewicz (DDC No. 473973)
Burakiewicz & DePriest, PLLC
1015 15th Street, N.W., Suite 600
Washington, D.C. 20005
202-856-7500
hburakiewicz@bdlawdc.com
*Attorney for Plaintiff Spencer L. Evans*

_/s/ Margaret M. Donovan_
Margaret M. Donovan (DDC No. CT0026)
Christopher M. Mattei (DDC No. CT0029)
Koskoff Koskoff & Bieder, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com
cmattei@koskoff.com
*Attorneys for Plaintiffs Brian J. Driscoll, Jr. and Steven J. Jensen*

_/s/ Abbe David Lowell_
Abbe David Lowell (DDC No. 358651)
David A. Kolansky (DDC No. 7680722)
Lowell & Associates, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
*Attorneys for Plaintiffs Brian J. Driscoll, Jr. and Steven J. Jensen*